**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KERRY MARIE WELLS**                                                                             **Plaintiff**

v.                                   Civil Action No. 4:11-CV-00882 JJM-JJV

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                       **Defendant**

**JUDGMENT**

This cause came for review upon the Defendant's Unopposed Motion to Remand this case for further administrative action (#10). After considering the motion, the pleadings, and the applicable law, it is hereby ORDERED that the Defendant's motion to remand is GRANTED and the final administrative decision in this case is REVERSED AND REMANDED to the Commissioner pursuant to sentence four (4) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings.

IT IS SO ORDERED THIS   4   day of   June  , 2012.

_____
James M. Moody
United States District Judge